Filed:  September 8, 2014

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

## BRIEFING ORDER - CIVIL

_____

No.    14-1736,        Ariane Tiani Kameni v. Ocwen Loan Servicing, LLC
                       8:14-cv-00877-PJM, 14-11570

Briefing shall proceed on the following schedule:

_____

Appendix due: 10/20/2014

Opening brief due: 10/20/2014

_____

The briefs and appendix must conform to the Fourth Circuit Brief & Appendix Requirements (available as a link from this order and at www.ca4.uscourts.gov). All parties to a side must join in a single brief, even in consolidated cases, unless the court has granted a motion for leave to file separate briefs pursuant to Local Rules 28(a) and 28(d).

Failure to file an opening brief within the scheduled time will lead to dismissal of the case pursuant to Local Rule 45 for failure to prosecute. The court discourages motions for extension of time and grants extensions of the briefing schedule only in extraordinary circumstances upon a showing of good cause. Local Rule 31(c).

Since no responsive brief has been scheduled in this case, the case will be reviewed for possible disposition on the briefs pursuant to Local Rule 34(a) after filing of the opening brief.

/s/ PATRICIA S. CONNOR, CLERK
By: Michael Radday, Deputy Clerk